IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:22-cv-00267-MR-WCM

| | | |
|---|---|---|
| BEARWATERS BREWING COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | ORDER |
| | ) | |
| v. | ) | |
| | ) | |
| ASSURANT, INC. | ) | |
| *doing business as* | ) | |
| American Bankers Insurance | ) | |
| Company of Florida; and | ) | |
| PATTON, MORGAN & CLARK | ) | |
| INSURANCE AGENCY, INC., | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on a Motion for Admission *Pro Hac Vice* and Affidavit (Doc. 8) filed by Wade Leach, III. The Motion indicates that Mr. Leach, a member in good standing of the Bar of this Court, is local counsel for Assurant, Inc. *doing business as* American Bankers Insurance Company of Florida and that he seeks the admission of Daniel T. Fitch, who the Motion represents as being a member in good standing of the Bar of Pennsylvania. It further appears that the requisite admission fee has been paid, and that there is no opposition to the Motion.

1

Accordingly, the Court **GRANTS** the Motion (Doc. 8) and **ADMITS** Daniel T. Fitch to practice *pro hac vice* before the Court in this matter while associated with local counsel.

Signed: March 27, 2023

W. Carleton Metcalf
United States Magistrate Judge