# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

### Case No. 1:22-cv-00267-MR-WCM

| | |
|---|---|
| BEARWATERS BREWING COMPANY, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | )<br>) |
| ASSURANT, INC. D/B/A AMERICAN BANKERS INSURANCE COMPANY OF FLORIDA and PATTON, MORGAN & CLARK INSURANCE AGENCY, INC., | )<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendant. | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff BearWaters Brewing Company ("Plaintiff"), and the sole remaining Defendant, Patton, Morgan & Clark Insurance Company, Inc. ("Defendant") (together with Plaintiff, the "Parties"), in accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to the voluntary dismissal **with prejudice** of all claims, counterclaims, actions, and causes of action asserted in this matter by Plaintiff against Defendant.  Plaintiff and Defendant expressly agree to bear their own respective costs and expenses, including attorneys' fees incurred in this action.

1

This the 25th day of September, 2024.

| | |
|---|---|
| s/Mark A. Wilson_____ | s/Caroline B. Barrineau_____ |
| Mark A. Wilson (NC Bar # 47197) | Jason R. Benton (NC Bar # 277190) |
| HYDE BROWN WILSON, P.A. | Caroline B. Barrineau (NC Bar # 51571) |
| 675 N. Main Street | Parker, Poe Adams & Bernstein LLP |
| Waynesville, NC 28786 | 620 S. Tryon St., Suite 800 |
| Phone: (828) 452-2556 | Charlotte, NC 28202 |
| Email: mark@hbwlaw.com | Phone: (704) 372-9000 |
| | Fax: (704) 334-4706 |
| *Counsel for Plaintiff BearWaters Brewing Company* | Email: jasonbenton@parkerpoe.com |
| | Email: carolinebarrineau@parkerpoe.com |
| | *Counsel for Defendant Patton, Morgan & Clark Insurance Agency, Inc.* |