# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| BearWaters Brewing Company, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 1:22-cv-00267-MR-WCM |
| | ) | |
| vs. | ) | |
| | ) | |
| Assurant, Inc., et al., | ) | |
| Defendants. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment as to Defendant Assurant, Inc. is hereby entered in accordance with the Court's January 16, 2024 Order.

September 26, 2024

_____
Katherine Hord Simon, Clerk
United States District Court